# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | |
| Sam Sadaqa, ) | Bankruptcy No. 12 B 13979 |
| ) | |
| Debtor(s) ) | |
| ) | |

## NOTICE AND ORDER ON TRUSTEE'S FINAL REPORT

TO:   See Attached Service List

Please take notice that the Court will call the above captioned case for status hearing on   July 25, 2013 at 10:30 a.m.   in courtroom 682 of the Dirksen Federal Courthouse, 219 South Dearborn Street, Chicago, Illinois. The Chapter 7 Trustee, Richard J Mason, is to appear and provide a status at that time.

ENTER:

_____
Jack B. Schmetterer
United States Bankruptcy Judge

Date:   JUN 0 4 2013

In re: Sam Sadaqa
Bankruptcy No. 12 B 13979

# CERTIFICATE OF SERVICE

I, Deborah Smith, certify that on JUN 0 4 2013, I caused to be served copies of the foregoing ORDER to the following by electronic service through the Court's CM/ECF system or regular U.S. mail:

*Deborah Smith*
Courtroom Deputy

## Electronic Service through CM/ECF System

*Trustee*
**Richard J Mason**
rmason@mcguirewoods.com

*Debtor's Attorney*
**David C. Nelson**
dcnelson@nelsonlawoffice.com

*U.S. Trustee*
USTPRegion11.ES.ECF@usdoj.gov

## Served through First Class Mail

*Debtor(s)*
**Sam Sadaqa**
6215 North Springfield
Chicago, IL 60659